IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Lach, Christopher J | Case Number: 04 B 23622 |
| Lach, Yoshiko | Judge: Goldgar, A. Benjamin |
| Printed: 12/28/07 | Filed: 6/23/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: December 6, 2007
Confirmed: October 5, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 33,081.00 | |
| Secured: | | 22,840.97 |
| Unsecured: | | 2,706.63 |
| Priority: | | 0.00 |
| Administrative: | | 1,400.00 |
| Trustee Fee: | | 1,492.40 |
| Other Funds: | | 4,641.00 |
| Totals: | 33,081.00 | 33,081.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Macey & Aleman | Administrative | 1,400.00 | 1,400.00 |
| 2. | Wells Fargo Home Mortgage | Secured | 0.00 | 0.00 |
| 3. | Wells Fargo Home Mortgage | Secured | 0.00 | 0.00 |
| 4. | Ford Motor Credit Corporation | Secured | 11,499.64 | 11,499.64 |
| 5. | Townhomes Of College Hill | Secured | 2,521.00 | 2,521.00 |
| 6. | Wells Fargo Home Mortgage | Secured | 8,557.89 | 8,557.89 |
| 7. | Harlem Furniture | Secured | 262.44 | 262.44 |
| 8. | Resurgent Capital Services | Unsecured | 241.11 | 473.27 |
| 9. | Ford Motor Credit Corporation | Unsecured | 443.73 | 871.00 |
| 10. | Townhomes Of College Hill | Unsecured | 0.00 | 0.00 |
| 11. | Capital One | Unsecured | 86.23 | 169.25 |
| 12. | Capital One | Unsecured | 32.45 | 0.00 |
| 13. | ECast Settlement Corp | Unsecured | 57.65 | 113.17 |
| 14. | Resurgent Capital Services | Unsecured | 153.95 | 302.20 |
| 15. | ECast Settlement Corp | Unsecured | 396.22 | 777.74 |
| 16. | Charles E Miller MD & Assoc | Unsecured | | No Claim Filed |
| 17. | Elk Grove Lab Physicians | Unsecured | | No Claim Filed |
| 18. | MRI Imaging Center | Unsecured | | No Claim Filed |
| 19. | Men's Wearhouse | Unsecured | | No Claim Filed |
| 20. | ICS | Unsecured | | No Claim Filed |
| 21. | Physician Anesthesia | Unsecured | | No Claim Filed |
| 22. | M F M Inc | Unsecured | | No Claim Filed |
| | | | $ 25,652.31 | $ 26,947.60 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Lach, Christopher J  
       Lach, Yoshiko  
       Printed:  12/28/07

Case Number:  04 B 23622  
Judge:  Goldgar, A. Benjamin  
Filed:  6/23/04

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 455.07 |
| 4% | 95.16 |
| 3% | 70.83 |
| 5.5% | 391.55 |
| 5% | 118.05 |
| 4.8% | 224.55 |
| 5.4% | 137.19 |
|  | _____ |
|  | $ 1,492.40 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

